# United States Court of Appeals
## For the First Circuit

No. 22-1858

CARMEN QUINTANA-DIEPPA,

Plaintiff, Appellant,

v.

DEPARTMENT OF THE ARMY,

Defendant, Appellee.

**JUDGMENT**

Entered: February 25, 2025

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Humberto Felix Cobo-Estrella, Lisa E. Bhatia Gautier, Mariana E. Bauzá Almonte, Francisco A. Besosa-Martínez, Leslie Ann Beuttel